Mary Anne PIKKERT,
Plaintiff–Appellee,

v.

Alexander PASTENE, Defendant–
Appellant.

No. 03–1212.

United States Court of Appeals,
Fourth Circuit.

Submitted May 15, 2003.

Decided May 20, 2003.

Alexander Pastene, Appellant Pro Se. David Scott Mathews, Jasper County Attorney's Office, Ridgeland, South Carolina, for Appellee.

Before LUTTIG and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Alexander Pastene seeks to appeal the magistrate judge's order remanding his civil action to state court. The magistrate judge's remand order is not reviewable. *See* 28 U.S.C. § 1447(d) (2000). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*